**SODW**
Elizabeth A. Skane, Esq. (Bar No.7181)
eskane@skanemills.com
Sarai L. Thornton, Esq.  (Bar No. 11067)
sthornton@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Suite 200
Las Vegas, Nevada  89144
(702) 363-2535 / Fax (702) 363-2534

Attorneys for Defendants, WAL-MART STORES EAST, LP and WALMART INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CECIL R. DUENAS, as an individual, CECIL R. DUENAS, Administrator of the ESTATE OF OSIRYS BARRAZA DE DUENAS and the ESTATE OF OSIRYS BARRAZNA DE DUENAS, individually,<br><br>Plaintiffs,<br><br>v.<br><br>WAL-MART STORES EAST, LP., a Foreign Limited Partnership; WALMART, INC., a foreign corporation; DOUG HARRIS; DOE STORE MANAGERS I through X; DOE STORE EMPLOYEES I through X; DOE OWNERS I through X; DOE PROPERTY MANAGERS I through X; DOE MAINTENANCE EMPLOYEES I through X; DOE JANITORIAL EMPLOYEES I through X; ROE PROPERTY MANAGERS XI through XX; ROE MAINTENANCE COMPANIES XI through XX; ROE OWNERS IX through XX; ROE EMPLOYERS IX through XX; DOES XXI through XXV; and ROE CORPORATIONS XXV through XXX, inclusive, jointly and severally,<br>Defendants. | CASE NO.: 2:21-cv-01547-JCM-DJA<br><br><br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFFS' COMPLAINT AGAINST DEFENDANTS WAL-MART STORES EAST, LP AND WALMART INC., WITH PREJUDICE** |

1

# STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFFS' COMPLAINT AGAINST DEFENDANTS WAL-MART STORES EAST, LP AND WALMART INC., WITH PREJUDICE

**IT IS HEREBY STIPULATED** by and between Plaintiffs, CECIL R. DUENAS, as an individual, CECIL R. DUENAS, as Administrator of the ESTATE OF OSIRYS BARRAZA DE DUENAS, and the ESTATE OF OSIRYS BARRAZNA DE DUENAS, ("Plaintiffs"), by and through there counsel of record, Mark Rouse, Esq., of BIGHORN LAW and Defendants WAL-MART STORES EAST, LP and WALMART INC., by and through their counsel of record, Sarai L. Thornton, Esq. of SKANE MILLS LLP, that the Complaint filed by Plaintiff CECIL R. DUENAS, as an individual, CECIL R. DUENAS, as Administrator of the ESTATE OF OSIRYS BARRAZA DE DUENAS, and the ESTATE OF OSIRYS BARRAZNA DE DUENAS against Defendants WAL-MART STORES EAST, LP and WALMART INC. and any amendments thereafter, are hereby dismissed with prejudice against WAL-MART STORES EAST, LP AND WALMART INC. Each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated this 30 day of December, 2022.

BIGHORN LAW

By: /s/ _____
Mark Rouse, Esq. (Bar #~~13272~~) 12273
mark.rouse@bighornlaw.com
3675 W. Cheyenne Ave., Ste. 100
Las Vegas, Nevada 89032
*Attorney for Plaintiffs*

Dated this 3rd day of ~~December, 2022.~~ Jan. 2023

SKANE MILLS LLP

By: /s/ *Sarai L. Thornton*
Sarai L. Thornton, Esq. (Bar #11067)
sthornton@skanemills.com
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
*Attorneys for Defendants*

///
///
///

2

# ORDER

Based on the foregoing stipulation between the parties and good cause shown,

**IT IS HEREBY ORDERED** that the Complaint filed by Plaintiff, CECIL R. DUENAS, as an individual, CECIL R. DUENAS, as Administrator of the ESTATE OF OSIRYS BARRAZA DE DUENAS, and the ESTATE OF OSIRYS BARRAZNA DE DUENAS, against Defendants WAL-MART STORES EAST, LP and WALMART INC., in the above-captioned matter, United States District Court, Case No. 2:21-cv-01547-JCM-DJA, including all claims alleged therein, are hereby dismissed with prejudice as to Defendants WAL-MART STORES EAST, LP and WALMART INC. Each party to bear its own attorneys' fees and costs.

DATED January 4, 2023.

*[signature]*
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

SKANE MILLS LLP

By: */s/ Sarai L. Thornton*
Elizabeth A. Skane, Esq. (Bar #7181)
eskane@skanemills.com
Sarai L. Thornton, Esq. (Bar #11067)
sthornton@skanemills.com
1120 Town Center Drive, Suite 200
Las Vegas, Nevada 89144
T: (702) 363-2535

*Attorneys for Defendants,*
WAL-MART STORES EAST, LP and WALMART INC.

3